### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

STEPHEN RYDALE BOLDEN
REG. #18914-009                                                                                          PETITIONER

VS.                                    2:05CV00163 WRW/JTR

LINDA SANDERS, Warden, FCI,
Forrest City, Arkansas                                                                              RESPONDENTS

### ORDER

Petitioner, who is currently incarcerated in the Federal Correctional Institute located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, and a Brief in Support. (Docket entries #1 and #2.) Petitioner has paid the $5.00 filing fee, and therefore the Court will order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court shall serve a copy of the habeas Petition (docket entry #1), the Brief in Support (docket entry #2), and this Order on Respondent and the United States Attorney by mail.

2. Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this 7th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE